# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LINDSAY B. JOHNSON,<br><br>Defendant | 4:21-po-5035-JTJ<br><br>**ORDER** |

Upon Defendant's Motion to Continue (Doc. 13) **IT IS HEREBY ORDERED** that the initial appearance in this matter is RESET for Thursday, June 24, 2021 at 9:00 a.m.  IT IS ALSO ORDERED that a change of plea hearing is set for June 24, 2021 at 9:00 a.m.

DATED this 6th day of April, 2021.

_/s/ John Johnston_
John Johnston
United States Magistrate Judge

-1-