# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LINDSEY B. JOHNSON, <br><br> Defendant. | 21-PO-05035-JTJ <br><br> VIOLATIONS: <br> E1102414 <br> E1102415 <br> E1102416 <br> E1102417 <br> E1102418 <br> Location Code: M13 <br><br> **ORDER** |

Based upon the change of plea entered in open court by the defendant, Lindsey Johnson, the agreement of the parties, and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a total fine amount of $1720 (as further outlined in the United States' motion to set terms). The total fine amount will be paid in full on or before December 15, 2021. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that the defendant is sentenced to 14 days additional jail time to be served in the county of residence. The defendant shall coordinate this jail time with the United States Marshals and the County as appropriate and shall be served by December 15, 2021.

IT IS FURTHER ORDERED that violation E1102415 is DISMISSED.

DATED this 15th day of July 2021.

_____
John Johnston
United States Magistrate Judge