# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, *Plaintiff*, vs. **LINDSEY JOHNSON** , *Defendant*. | Cause No. PO-21-05035-GF-JTJ **ORDER ALLOWING DEFENDANT TO SPLIT SERVICE OF JAIL TIME** |

BASED UPON the Defendant's Motion to Allow Defendant to Split Service of Jail Time, and for good cause appearing therefor;

IT IS HEREBY ORDERED that the Defendant is allowed to serve thirteen (13) days consecutively and serve the remaining one (1) day at a later date.

DATED this 27th day of July, 2021.

_____
John Johnston
United States Magistrate Judge